

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00481-CR

Terry Shawn **LINVILLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 66th Judicial District Court, Hill County, Texas
Trial Court No. 37,777
Honorable F.B. (Bob) McGregor, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED December 11, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice